RECEIVED

JUL 1 7 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHELLINE CARTER | CIVIL ACTION NO. 6:17-CV-00464 |
| VERSUS | JUDGE DOHERTY |
| SHANNON BRASSEAUX, ET AL | MAGISTRATE JUDGE HANNA |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the defendants' motion to dismiss [Rec. Doc. 4] be GRANTED in part and DENIED in part. More particularly:

1. The defendants' motion is GRANTED with regard to the claims asserted against defendants' Shannon Brasseaux and Joel Robideaux in their official capacities and these claims are DISMISSED.

2. The defendants' motion is, in all other respects, DENIED without prejudice to the rights of the defendants to re-urge the motion, if

appropriate, to seek dismissal of the amended complaint.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the plaintiff shall file an amended complaint not later than 30 days from the date of this judgment.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

July 17, 2017